Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. John Slimick                                    Docket No. 07-00418-001

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of John Slimick, who was placed on supervision by the Honorable Gary L. Lancaster, sitting in the Court at Pittsburgh, on the 25th day of July 2008, who fixed the period of supervision at 3 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Five months' home confinement
- 120 hours community service
- $100 special assessment
- $156,058.63 restitution, joint and several

07/25/2008:   Health Care Fraud; 3 years' probation; currently supervised by USPO Tracey J. Begonia.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your petitioner reports that the victim in this case, Highmark, has agreed to accept a total of $14,900 in restitution, with $14,000 to be paid in one lump sum, to satisfy the defendant's obligation.

PRAYING THAT THE COURT WILL ORDER the probationer's restitution amount be amended to reflect $14,900 due in restitution, to be paid jointly and severally with any co-offender found responsible for payment of restitution.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on          February 23, 2010

ORDER OF COURT

Considered and ordered this 26th day of Feb, 2010 and ordered filed and made a part of the records in the above case.

_____
Chief U.S. District Judge

_____
Tracey J. Begonia
U.S. Probation Officer

_____
Michael DiBiasi
Supervising U.S. Probation Officer

Place:   Pittsburgh, PA